IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02050-AP

LEANNE M. CONTRERAS,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Frederick W. Newall, Esq.
    730 N. Weber St., Suite 101
    Colorado Springs, CO 80903
    (719) 633-5211
    (719) 635-6503 (fax)

    For Defendant:
    THOMAS H. KRAUS
    Special Assistant United States Attorney

    *Mailing Address:*
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    (303) 844-0017
    (303) 844-0770 (fax)

    *Street Address:*
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    (303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    **Date Complaint Was Filed: 10/18/05**

    B.    **Date Complaint Was Served on U.S. Attorney's Office: 11/8/05**

    C.    **Date Answer and Administrative Record Were Filed: 1/17/06**

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**There are no issues with the accuracy or completeness of the administrative record.**

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**None anticipated.**

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**This case does not involve unusually complicated or out-of-the-ordinary claims.**

## 7. OTHER MATTERS

**None.**

## 8. PROPOSED BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due:  March 23, 2006**

    B.    **Defendant's Response Brief Due:  May 1, 2006**

    C.    **Plaintiff's Reply Brief (If Any) Due:  May 18, 2006**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

      A.    **Plaintiff's Statement:  Oral Argument not requested.**

      B.    **Defendant's Statement:  Oral Argument not requested.**

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

      A.    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

      B.    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

      DATED this 27th day of March, 2006.

                                      BY THE COURT:

                                      S/John L. Kane
                                      U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

s/Frederick W. Newall
By: Frederick W. Newall, Esq., #10269
730 N. Weber St., Suite 101
Colorado Springs, CO 80903
(719) 633-5211
(719) 635-6503 (fax)
newallfrederickw@qwest.net

Attorney for Plaintiff

s/Thomas H. Kraus
By: THOMAS H. KRAUS
Special Assistant U.S. Attorney

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone:  (303) 844-0017
tom.kraus@ssa.gov

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)

Please affix counsel's signatures and any *pro se* party's signatures before submission of the proposed Joint Case Management Plan to the court.