## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:     **1:05-cv-02050-JLK**

**LEANNE M. CONTRERAS,**

                Plaintiff,

v.

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

                Defendant.

## ORDER FOR ATTORNEY FEES UNDER EAJA

Plaintiff's Motion For Attorney Fees Under EAJA (doc. #17), filed August 4, 2006 is GRANTED. It is.

**ORDERED** that the Defendant pay to Plaintiff attorney fees under EAJA in the amount of $2,772.00, to the Plaintiff's attorney in care of the Plaintiff.

DATED at Denver, Colorado, this 4th day of August, 2006.

                BY THE COURT:

                S/John L. Kane
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT